**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Merediths' Inc., d/b/a SaverSystems, as Sponsor of the SaverSystems Employee Stock Ownership Plan, and SaverSystems Employee Stock Ownership Plan Administrative Committee, as Plan Administrator, each on behalf of the SaverSystems Employee Stock Ownership Plan, | ) ) ) ) ) ) ) ) ) Case No. 1:23-cv-01877-MPB-TAB |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| Michael Miller, John Meredith, and David Barnes, | ) ) ) ) |
| *Defendants*. | ) |

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Plaintiffs Merediths' Inc., d/b/a SaverSystems, as Sponsor of the SaverSystems Employee Stock Ownership Plan, and SaverSystems Employee Stock Ownership Plan Administrative Committee, as Plan Administrator, each on behalf of the SaverSystems Employee Stock Ownership Plan move this Court to maintain documents under seal pursuant to Local Rule 5-11(d). This motion is further supported by Plaintiffs' Brief in Support of Motion to Maintain Documents Under Seal, which is filed with this motion.

Dated: May 30, 2025

Respectfully submitted,

    *s/A. Christopher Brown*
Patrick S. Williams (MN# 0196502 *pro hac vice*)
A. Christopher Brown (MN #0403283 *pro hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 977-8400
Email: pwilliams@taftlaw.com
cbrown@taftlaw.com

Manuel "Manny" Herceg (Atty. No.: 29956-06)
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Phone: (317) 713-3500
Email: mherceg@taftlaw.com

***Attorneys for SaverSystems and the Plan Administrator***

## CERTIFICATE OF SERVICE

I certify that on May 30, 2025, I electronically filed the above document with the Clerk of Court and served all parties of record using the electronic court filing system.

*s/ A. Christopher Brown*

A. Christopher Brown
