IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MEREDITH'S INC. DBA SAVERSYSTEMS, )
AS SPONSOR OF THE SAVERSYSTEMS )
EMPLOYEE STOCK OWNERSHIP PLAN )
AND SAVERSYSTEMS EMPLOYEE )
STOCK OWNERSHIP PLAN )
ADMINISTRATIVE COMMITTEE, AS )
PLAN ADMINISTRATOR, EACH ON )
BEHALF OF THE SAVERSYSTEMS )
EMPLOYEE STOCK OWNERSHIP PLAN,, )
)
    Claimant, )
)
  v. )
)
MICHAEL MILLER, JOHN MEREDITH, )
AND DAVID BARNES, )
)
    Plaintiffs. )

CASE NO. 1:23-CV-01877-MPB-TAB


**DEFENDANTS MEREDITH AND
BARNES' MOTION TO MAINTAIN
DOCUMENT UNDER SEAL**


Defendants John Meredith and David Barnes respectfully move this Court to permit them to maintain under seal certain exhibits pursuant to Local Rule 5-11(d) that have been filed with the Sealed Declaration of Scott J. Stitt (Docket No. 136) in connection with their Motion for Summary Judgment (Docket No.129 ) and Joint Motion to Exclude (Docket No. 130),  and their supporting Memorandum. This Motion is further supported by Defendants' Brief in Support of Motion for Leave to File Documents Under Seal, which is filed with this Motion

Respectfully submitted,

s/Scott J. Stitt
Scott J. Stitt (appearing pro hac vice)
TUCKER ELLIS LLP
175 South Third Street, Suite 520
Columbus, OH 43215
Telephone:    614.358.9717
Facsimile:    614.358.9712
E-mail:            Scott.Stitt@tuckerellis.com

William J. Stavole (Ohio Bar No. 0040828)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone    216.592.5000
Facsimile:    216.592.5009
E-mail            William.Stavole@tuckerellis.com

*Attorneys for John Meredith and David Barnes*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, a copy of the foregoing Defendants Meredith and

Barnes' Motion to Maintain Document Under Seal was served via electronic mail to the following.

Manuel "Manny" Herceg
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
mherceg@taftlaw.com

John D. Cox
Lynch Cox Gilman & Goodman, PSC
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
jcox@lynchcox.com

*Counsel for Defendant Michael Miller*

Patrick S. Williams
Christopher Brown
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
pwilliams@taftlaw.com
cbrown@taftlaw.com

*Counsel for Plaintiffs*

*/s/ Scott J. Stitt*
Scott J. Stitt (0073943)
Tucker Ellis LLP
175 South Third Street, Suite 520
Columbus, OH 43215
Tel:          614.358.9717
Fax:          614.358.9712
E-mail:          Scott.Stitt@tuckerellis.com

*Attorneys for John Meredith and David Barnes*